UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF OHIO
CLEVELAND DIVISION

| | | |
|---|---|---|
| In Re:<br>BRIAN DANIEL JACKSON<br><br>Debtor(s). | )<br>)<br>)<br>)<br>)<br>) | Case No. 26-11292-SKK<br><br>Chapter 7<br><br>Judge: SUZANA KRSTEVSKI KOCH |

MINUTES OF MEETING OF CREDITORS

Date of 341 Meeting: May 1, 2026 Time: 3:00 PM

Debtor(s)' Attorney: HEATHER L. MOSEMAN

Examination Conducted by:
Interim Trustee: Michael A. Steel (X)
Elected Trustee: ________________ ( ) Disputed? ( )
Other: ________________ ( )

Results of Meeting:

Held (X)
Concluded (X)
Continued ( )
Date: ________
Time: ________

Not Held ( )
Debtor Failed to Appear ( )
Attorney Failed to Appear ( )
Rescheduled: yes ( ) no ( )
At §341 ( ) Prior to §341 ( )

Date: ________________
Time: ________________

Address: Changed to:
________________
________________
Address Correct ( )

Motion to Dismiss to Follow ( )
Other: See Comments: ( )
707(b) Review:
No Action Required ( )
Recommend UST Action ( )
(see below/letter to follow)

Case Determined to be: Asset ( ) No-asset ( ) Undetermined (X)

Creditors Present:

| Creditor | Representative | Address & Phone |
|---|---|---|
| | | |
| | | |
| | | |

Comments:
________________
________________

/s/ Michael A. Steel
Panel Trustee