United States Bankruptcy Court
Northern District of Ohio

In re: Case No. 26-11292-skk
Brian Daniel Jackson Chapter 7
Debtor

# CERTIFICATE OF NOTICE

District/off: 0647-1 User: admin Page 1 of 2
Date Rcvd: Sep 02, 2026 Form ID: 318 Total Noticed: 23

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 04, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Brian Daniel Jackson, 6189 Cambridge Park Drive, Mentor, OH 44060-2424 |
| ust | + | Kimberly Caton, DOJ-Ust, 200 N. High St., Suite 309, Columbus, OH 43215-2416 |
| 28477563 | + | Allen Systems, P.O. Box 638, Andover, OH 44003-0638 |
| 28477564 | + | Bank of America, 100 West 33rd, New York, NY 10001-2900 |
| 28477569 | + | Esq. Grant Marshall, 5990 West Creek Road Suite 200, Independence, OH 44131-2191 |
| 28477570 | + | Gary Jackson, 6319 Glenwood drive, Mentor, OH 44060-2457 |
| 28477574 | + | Jeffrey Madison, 815 Grandview Avenue Suite 200, Columbus, OH 43215-1254 |
| 28477575 | + | Martinet Recchia Inc, 5000 E. 345th Street, Willoughby, OH 44094-4611 |
| 28625280 | + | NGOC Hoyer, et al, The Tammy Tran Law Firm, 4900 Fournace Pl, Sut 419, Bellaire, TX 77401-2325 |
| 28477576 | + | Northwest Environmental, 7225 Windsor Road, Windsor Mill, MD 21244-2642 |
| 28477577 | + | Rehmann, 5800 Gratiot Rd 201, Saginaw, MI 48638-6090 |
| 28477578 | | Stewart-Lippman & Assoc, 5447 E. 5th Street 110, Tucson, AZ 85711-2345 |
| 28477580 | + | Thien Hoang Yen Jackson, 6189 Cambridge Park Drive, Mentor, OH 44060-2424 |
| 28477568 | + | dubin CHB & Assoc, 7028 W. Waters Avenue 361, Tampa, FL 33634-2292 |

TOTAL: 14

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| ust | + | Email/Text: ustpregion09.cl.ecf@usdoj.gov | Sep 02 2026 21:51:00 | Cynthia J. Thayer, US Department of Justice, 201 Superior Avenue, Suite 441, Cleveland, OH 44114-1234 |
| cr | + | Email/Text: RASEBN@raslg.com | Sep 02 2026 21:50:00 | Lakeview Loan Servicing, LLC, Robertson, Anschutz, Schneid, Crane & Pa, 13010 Morris Road., Suite 450, Alpharetta, GA 30004-2001 |
| 28477565 | + | EDI: JPMORGANCHASE | Sep 03 2026 01:26:00 | Chase, P.O. Box 6026 IL1-0054, Chicago, IL 60680-6026 |
| 28477566 | + | EDI: JPMORGANCHASE | Sep 03 2026 01:26:00 | Chase Card Services, Attn: Bankruptcy, P.O. 15298, Wilmington, DE 19850-5298 |
| 28477567 | + | EDI: CITICORP | Sep 03 2026 01:26:00 | Citi Card/Best Buy, Attn: Citicorp Cr Srvs Centralized Bankr, PO Box 790040, St Louis, MO 63179-0040 |
| 28477571 | + | Email/Text: bankruptcy@huntington.com | Sep 02 2026 21:51:00 | Huntington Bank, Attn: Bankruptcy, P. O. Box 341470 41 S High st, Columbus, OH 43215-3406 |
| 28477572 | + | Email/Text: bankruptcy@huntington.com | Sep 02 2026 21:51:00 | Huntington National Bank, Attn: Bankruptcy, PO Box 1558, Columbus, OH 43216-1558 |
| 28477573 | | EDI: IRS.COM | Sep 03 2026 01:26:00 | Internal Revenue Service, IRS, P.O. Box 219236, Kansas City, MO 64121 |
| 28477579 | + | Email/Text: BK@servicingdivision.com | Sep 02 2026 21:50:00 | The Money Source Inc., 500 South Broad Street Suite 100A, Meriden, CT 06450-6755 |

TOTAL: 9

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 04, 2026 Signature: /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 2, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Daniel S Zegarski | on behalf of Creditor Lakeview Loan Servicing LLC dzegarski@raslg.com, dzegarski@raslg.com,dzegarski@gmail.com |
| Heather L. Moseman | on behalf of Debtor Brian Daniel Jackson HEATHER@MOSEMANLAW.COM MosemanLawOfficeLLC@jubileebk.net |
| Michael A. Steel | trustee@steelcolaw.com MS2@trustesolutions.net |

TOTAL: 3

**Information to identify the case:**

| | | | |
|---|---|---|---|
| Debtor 1 | Brian Daniel Jackson<br>First Name Middle Name Last Name | Social Security number or ITIN | xxx–xx–0091 |
| | | EIN | _ _–_ _ _ _ _ _ _ |
| Debtor 2<br>(Spouse, if filing) | First Name Middle Name Last Name | Social Security number or ITIN | _ _ _ _ |
| | | EIN | _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court | Northern District of Ohio | | |
| Case number: | 26–11292–skk | | |

# Order of Discharge

12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

Brian Daniel Jackson

9/2/26

**By the court:** SUZANA KRSTEVSKI KOCH
United States Bankruptcy Judge

## Explanation of Bankruptcy Discharge in a Chapter 7 Case

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

**Some debts are not discharged**

Examples of debts that are not discharged are:

- debts that are domestic support obligations;
- debts for most student loans;
- debts for most taxes;
- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;
- debts for most fines, penalties, forfeitures, or criminal restitution obligations;
- some debts which the debtors did not properly list;
- debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and
- debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**